PAULINE SALZMAN, Appellant, v. VINCENT R. IMPELLITTERI, as Mayor of the City of New York, et al., Respondents, et al., Defendants, and NATHANIEL L. GOLDSTEIN, as Attorney-General of the State of New York, Intervener, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [203 Misc. 486.]

## (May 26, 1953.)

ARCHIBALD BROWN, Appellant, v. HUGO STINNES INDUSTRIES, INC., Respondent.

BREITEL, J. For the reasons stated in opinion in the companion case of *Brown* v. *Stinnes Corp.* (282 App. Div. 186), the order in this case, too, should be reversed, and the motion to dismiss the complaint denied.

Callahan and Bergan, JJ., concur with Breitel, J.; Dore, J. P., dissents and votes to affirm.

Judgment and order reversed, with costs to the appellant, and the motion to dismiss the complaint denied.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by West 135th Street and Other Streets Required for a Harlem Slum Clearance Project, in the Borough of Manhattan. ALEXANDER J. BRUEN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

In the Matter of the Probate of the Will of HERMAN L. BITTERMAN, Deceased. JACOB L. BITTERMAN et al., Appellants; ROBERT GARLOCK et al., Respondents. — Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [203 Misc. 796.]

WESTCHESTER & THIRD CORPORATION, Appellant, v. JACK D. WEILER et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See 282 App. Div. 836.]

THOMAS REGAN, by His Guardian ad Litem MICHAEL REGAN, et al., Respondents, v. NICHOLAS GIAQUINTO, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.